

# NUMBER 13-10-00246-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DALIA G. BANOS,**                                                                          **Appellant,**

**v.**

**CITY OF HARLINGEN,**                                                                    **Appellee.**

---

### On Appeal from the County Court at Law No. 3
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Garza
### Memorandum Opinion Per Curiam

Appellant, Dalia G. Banos, perfected an appeal from a judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in cause number 2009-CCL-957-C. Appellant has filed a motion to dismiss the appeal, requesting that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of June, 2010.